THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* S. REID SPENCER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN S. SUMNER et al., Defendants.
S. REID SPENCER, Appellant.

(Submitted October 15, 1928; decided October 23, 1928.)

*Joab H. Banton, District Attorney (John C. McDermott* of counsel), for motion.

*S. Reid Spencer* in person, opposed.

Motion granted and appeal dismissed.